ALICE B. RUMSEY, Respondent, v. LAWRENCE C. RUMSEY, Individually and as Executor, etc., of BURR RUMSEY, Deceased, Appellant, and Another. ALICE B. RUMSEY, Respondent, v. LAWRENCE C. RUMSEY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant. ("Olivit" Action.) CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant, and Another. ("Lippmann" Action.) — Motion for leave to appeal to the Court of Appeals granted. McNamee, J., not sitting. [See 237 App. Div. 334.]

GERALD P. COOGAN, Appellant, v. ST. BERNARD'S CHURCH, SARANAC LAKE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

PIERCE HOTCHKISS, Respondent, v. RALPH JEFFERIES, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

ELIAS SHILOWITZ, Respondent, v. MONTICELLO LUMBER Co., INC., Appellant, and Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Bliss, J., concurs in denial of motion for reargument, but votes in favor of motion for leave to appeal to the Court of Appeals.

LAWRENCE J. LONERGAN, Respondent, v. ELIJAH B. RYAN and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied.

In the Matter of the Application of J. FRED JOHNSON, Respondent, for an Order of Mandamus against PATRICK J. BREARTON, as Commissioner of Public Works of the City of Schenectady, and Others, Appellants.— Motion for reargument denied. Bliss, J., dissents. Motion for leave to appeal to the Court of Appeals granted. [See 236 App. Div. 878.]

In the Matter of the Application of JOHN D. NEARY for a Certiorari Order against THOMAS M. LYNCH, as Commissioner of Taxation and Finance of the State of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

C. I. T. CORPORATION, Appellant, v. D. LEWIS CONSTRUCTION COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.